# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arek Fressadi, | No. CV-16-03260-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Kathryn Ann Glover, et al., | |
| Defendants. | |

Plaintiff has filed an "Motion for Extension of Time on Scheduling Order Due to Extraordinary Circumstances" (Doc. 288) in which Plaintiff seeks extensions of the case management deadlines in the Court's Scheduling Order (Doc. 280). Plaintiff does not indicate whether the remaining Defendants are amenable to or opposed to his requests, and indeed, does not indicate that any good faith attempt was made to discuss his proposed extensions with opposing counsel prior to filing his motion. Local Rule 7.3 states that a party moving for an extension of time "**must** state the position of each other party. If the moving party's efforts to determine the position of any other party are unsuccessful, a statement to that effect must be included in the motion or stipulation." LRCiv. 7.3(b) (emphasis added). The Court, accordingly, will deny the motion as premature. Plaintiff must discuss his requested extensions with opposing counsel prior to seeking judicial intervention in the matter. Accordingly,

…

…

**IT IS ORDERED denying** without prejudice Plaintiff's premature "Motion for Extension of Time on Scheduling Order Due to Extraordinary Circumstances." (Doc. 288).

Dated this 11th day of February, 2019.

_____
Honorable Diane J. Humetewa
United States District Judge